PROB 12
(Rev. 3/88)

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 2 2005

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. CEDRIC DEQUINN DAVIS     Docket No. 1:05-CR-109-01-CC

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Constance C. Tumlin PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of CEDRIC DEQUINN DAVIS who was placed on supervision for the offense of Possession with Intent to Distribute Approximately 1,502 Kilograms o Marijuana, 21 U.S.C. § 841 (a)(1) and (b)(1)(A), by the Honorable Hayden W. Head, Jr. sitting in the court at Corpus Christi, on the 19th day of July, 2001, who fixed the period of supervision at sixty months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

Drug Treatment: The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all the rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug detection techniques in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such monitoring, based on ability to pay as determined by the probation officer.

**JURISDICTION TRANSFERRED TO YOUR HONOR MARCH 7, 2005.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**NEW CRIMINAL CONDUCT**, in violation of the General Condition which states: The defendant shall not commit another federal, state, or local crime.

> On September 23, 2004, Cedric Davis was arrested in Atlanta, Georgia, for commission of misdemeanor Disorderly Conduct, later changed to Simple Battery. Mr. Davis failed to appear in court to answer this charge. On April 18, 2005, a Failure to Appear Warrant was issued and remains outstanding.

**POSSESSION/USE OF DRUGS**, in violation of the general condition which states: The defendant shall not illegally possess a controlled substance.

> On October 13, 2004, Mr. Davis submitted a urine sample that tested positive for cocaine. Mr. Davis submitted the November 2004 monthly supervision report indicating he did use cocaine. Mr. Davis submitted monthly supervision reports for the months of December 2004 and January 2005 indicating that he had used cocaine and marijuana.

**FAILURE TO SUBMIT TO DRUG TESTING,** in violation of the General Condition which states: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within fifteen days of release and at least two periodic drug tests thereafter, as directed by the probation officer.

Mr. Davis failed to report for urinalysis on December 29, 2004, January 25, January 31, February 23, March 21, March 29, April 5, and May 19, 2005.

**FAILURE TO SUBMIT MONTHLY REPORTS AS DIRECTED,** in violation of Standard Condition Number 2 which states: The defendant shall report to the probation officer and shall submit a truthful written report within the first five days of each month.

Mr. Davis has failed to submit monthly reports for the months of March, April and May 2005.

**FAILURE TO WORK,** in violation of Standard Condition Number 5 which states: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons..

Mr. Davis has failed to provide verification of employment for the months of March, April and May 2005.

**FAILURE TO REPORT and FAILURE TO REPORT CHANGE OF ADDRESS,** in violation of Standard Condition Number 6 which states: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

Mr. Davis failed to report March 7, 2005, as directed.

Mr. Davis' current whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said CEDRIC DEQUINN DAVIS and that CEDRIC DEQUINN DAVIS be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this __15th__ day of __July__, __05__

and ordered filed and made a part of the records in the above case.

_____
Clarence Cooper.
United States District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Constance C. Tumlin
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: July 11, 2005

_____
Phillip N. Burgest
Supervising U. S. Probation Officer

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

**UNITED STATES OF AMERICA**
v.
**CEDRIC DEQUINN DAVIS**

Case Number: 1:05-CR-109-01-CC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CEDRIC DEQUINN DAVIS and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

Simple Battery new offense; Failure to report; Failure to submit monthly reports; Failure to report for drug testing; Cocaine use; Failure to report change of address in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_/s/ Clarence Cooper_
Honorable Clarence Cooper
U. S. District Court Judge

July 15, 2005
Date

Atlanta
Location

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: CEDRIC DEQUINN DAVIS

ALIAS: Todd Evans Jefferson

LAST KNOWN RESIDENCE: Shepards Inn at 165 Alexander St NW Atlanta, GA 30313 404-588-4005

LAST KNOWN EMPLOYMENT: Atlanta Payless Movers, Inc 15 Royal Dr. Suite A Forest Park, GA 30297 770-218-2003

PLACE OF BIRTH: Jacksonville, Fl still has family in FL

DATE OF BIRTH: 06/03/1964

SOCIAL SECURITY NUMBER: 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

| | |
|---|---|
| HEIGHT: 5'10 ½" | WEIGHT: 198 |
| SEX: Male | RACE: Black |
| HAIR: Black | EYES: Brown |

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Tattoos: left arm ("Inez" his mom); right arm ("Pam" his sister)

FBI NUMBER: 118 992 NA9

COMPLETE DESCRIPTION OF AUTO: Has CDL. Does not drive personal vehicle.

INVESTIGATIVE AGENCY AND ADDRESS:

U. S. Probation Office
2000 Powers Ferry Road, Suite 530
Marietta, GA 30067
Constance C. Tumlin
Sr. U. S. Probation Officer
770-980-0369